Kelly W. Cunningham, Esq., No. 186,229
C. Wook Pak, Esq., No. 244,780
**CISLO & THOMAS LLP**
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647; Telefax: (310) 394-4477

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILE TECH, INC., a California corporation,<br><br>Plaintiff(s),<br>v.<br>APPIAN WAY SALES, INC., a Washington corporation; and PUGET LITE-PAVERS, INC., a Washington corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>Case No. 2:17-CV-5731 PSG (RAOx)<br><br>ORDER ON<br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____11/3/2017_____    /s/Kelly W. Cunningham
Date                                         Signature of Attorney/Party

**IT IS SO ORDERED.**
[signature]
**U.S. DISTRICT JUDGE**

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*